ARTHUR H. FRANKLIN, as Treasurer of the New York Stock Exchange, et al., Respondents, *v.* FAIRMAN R. DICK et al., as Trustees of the Gratuity Fund of the New York Stock Exchange, Appellants.

Argued October 24, 1941; decided December 4, 1941.

*George H. Corey* and *William Man Parkhurst* for appellants.

*Harrison Tweed, W. Rice Brewster, Daniel G. Tenney, Jr.,* and *Harry F. Bliss, Jr.,* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.